UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN HANDLER, *et al.*,<br><br>Defendants. | Unsealing Order<br><br>S2 23 Cr. 004 (JHR) |

Upon application of the United States of America, by and through Assistant United States Attorneys Jacob R. Fiddelman, Catherine Ghosh, and Daniel H. Wolf;

It is found that Indictment S2 23 Cr. 004 (JHR) is currently sealed, and the United States Attorney's Office has applied to have that Indictment unsealed; and it is therefore:

ORDERED that Indictment S2 23 Cr. 004 (JHR) be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        September 12, 2023

_____
HON. SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK