UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ARIE RANGOTT et al.,

           Defendants.

PROTECTIVE ORDER
ADDENDUM

S2 23 Cr. 004 (JHR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2023

    Upon the application of the United States of America, by Assistant United States Attorneys Jacob R. Fiddelman, Catherine Ghosh, and Daniel H. Wolf, of counsel, and with the consent of defendant ARIE RANGOTT, through his counsel, it is hereby ORDERED that the Protective Order entered by the Court in this matter (Dkt. 47) shall apply to RANGOTT and his counsel.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____    Date:   September 20, 2023
    Jacob R. Fiddelman
    Catherine Ghosh
    Daniel H. Wolf
    Assistant United States Attorneys

ARIE RANGOTT

____/s/ Benjamin Silverman_____    Date:   September 20, 2023
Benjamin Silverman, Esq. Counsel
for Arie Rangott

SO ORDERED.    The Clerk of Court is directed to terminate ECF No. 140.

Dated: New York, New York
       September 21, 2023

_____
HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE