# Necheles Law, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia Stern  
gms@necheleslaw.com  
212-997-7400

October 27, 2023

*Application GRANTED. By separate order, the Court will issue a modified trial schedule as to all Defendants.*

*The Clerk of Court is directed to terminate ECF Nos. 157 and 160.*

*SO ORDERED.*

*/s/ Jennifer H. Rearden*
*Jennifer H. Rearden, U.S.D.J.*
*Date: October 30, 2023*

<u>Via ECF</u>  
The Hon. Judge Jennifer H. Rearden  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:   *United States v. Martin Handler, et al.,* No. 23-CR-004 (JHR)

Dear Judge Rearden:

We write, pursuant to Your Honor's recent Order, Dkt. #158, to inform the Court that Mr. Handler withdraws his previous objection to adjourning his trial from January to July 2024.

We respectfully request, given that the trial will likely now be adjourned for at least 5 months, that the Court push back the deadline for pre-trial motions (currently due on November 10), with the exception of the *Franks* motion, which is already fully briefed and awaiting oral argument.

Respectfully submitted,

/s/

Susan Necheles  
Gedalia Stern

Cc: AUSAs Jacob Fiddelman (via ECF)  
　　AUSA Catherine Ghosh (via ECF)  
　　AUSA Daniel Wolf (via ECF)