UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MARTIN HANDLER, et al.,<br><br>                    Defendants. | 23 Cr. 00004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Upon review of the Government's letter-motion dated October 18, 2023 (see ECF No. 157), and Defendant Martin Handler's response dated October 27, 2023 (see ECF No. 160), the Court hereby modifies the trial dates and deadlines previously set in this matter (see ECF Nos. 87, 120, and 155) as follows[1]:

1. Trial will commence on July 10, 2024 at 9:30 a.m.

2. Defendants' pretrial motions are due February 29, 2024 (with the exception of Martin Handler's *Franks* motion, which is *sub judice*); the Government's responses are due March 14, 2024; and Defendants' replies, if any, are due March 21, 2024.

3. Any motions *in limine* or trial memoranda, as well as proposed *voir dire*, proposed jury instructions, and proposed verdict forms, shall be filed by May 21, 2024. Any oppositions to motions *in limine* or trial memoranda shall be filed by June 4, 2024. The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

4. Any motions to sever are due May 21, 2024, with responses due June 4, 2024.

---

[1] The dates and deadlines set forth herein apply to all Defendants except for Isidore Handler, who has pleaded guilty and is scheduled to be sentenced on January 4, 2024.

5. A final pretrial conference will be held on June 27, 2024 at 11:00 a.m. The conference will occur in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

6. The foregoing schedule supersedes all dates and deadlines set in the Court's prior scheduling orders (see ECF Nos. 87, 120, and 155). The December 28, 2023 final pretrial conference is canceled. By December 22, 2023, the Government shall file a letter informing the Court whether it seeks to exclude time under the Speedy Trial Act between January 9, 2024 and July 10, 2024. The letter shall address the bases for, and whether Defendants consent to, the requested exclusion.

SO ORDERED.

Dated: October 30, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge