LAW OFFICE OF

# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

November 1, 2023

Application GRANTED. Defendant
Arie Rangott's bail conditions are
hereby modified to permit his wife to
obtain her passport to travel to
Montreal for a Bar Mitzvah between
December 21 and December 27, 2023.

The Clerk of Court is directed to
terminate ECF No. 164.

**By ECF**
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

*[signature]*

Jennifer H. Rearden, U.S.D.J.
Date: November 1, 2023

Re:     *United States v. Rangott*, 23 Cr. 004 (JHR)

Your Honor:

       I represent Arie Rangott in the above-captioned case. I write respectfully to request that Mr. Rangott's bond be modified to permit his wife, Aliza Rangott, to obtain her passport to travel to Montreal for a bar mitzvah between December 21 and December 27. Mr. Rangott was released on bail at his presentment on September 12 with conditions including a $250,000 bond signed by his wife, son, and mother-in-law; surrender of his and his wife's passports; and travel restrictions for Mr. Rangott (but not his wife) confining him to the Southern and Eastern Districts of New York and New Jersey. Pretrial Services informs me that he has remained in full compliance with these conditions.

       Mr. Rangott's wife, Aliza Rangott, would like to travel to Montreal between December 21 and 27 for a Bar Mitzvah. Mr. Rangott would remain in New Jersey. We request that Ms. Rangott be permitted to obtain her passport from Pretrial Services between December 21 and December 27 to allow this trip.

       I conferred with Assistant United States Attorney Daniel Wolf and Pretrial Services Officer Jessica Aguilar-Adan, and neither object to this request.

Honorable Jennifer H. Rearden
November 1, 2023
Page  2


      For the foregoing reasons, I respectfully request that the Court endorse this letter to permit Aliza Rangott to obtain her passport between December 21 and December 27. Thank you for your consideration.


                        Respectfully submitted,

                        /s/Benjamin Silverman
                        Benjamin Silverman
                        *Attorney for Arie Rangott*


cc: Counsel of Record (by ECF)
    Pretrial Officer Jessica Aguilar-Adan (by email)
    Arie Rangott (by email)