

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 3, 2024

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 275.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: May 8, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Isidore Handler*, **23 Cr. 004 (JHR)**

Dear Judge Rearden:

     Pursuant to the Court's Individual Rules and Practices in Criminal Cases, the Government respectfully requests permission to file on the public docket partially redacted versions of the exhibits to the Government's supplemental sentencing submission of today (ECF No. 274). The proposed redactions are intended to protect the identities of non-party witnesses. *See*, *e.g.*, *U.S. Sec. & Exch. Comm'n v. Ahmed*, No. 3:15 Civ. 675 (JBA), 2018 WL 4266079, at *3 (D. Conn. Sept. 6, 2018) (finding that non-party's confidentiality interest "substantially outweigh[ed] the public's right of access" and granting motion to seal). Contemporaneous to the filing of this letter, the Government will provide the Court and defense counsel via email with unredacted copies of the exhibits.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for
                                        the Southern District of New York

By:           /s/                    
       Catherine Ghosh
       Stephanie Simon
       Daniel H. Wolf
       Assistant United States Attorneys
       (212) 637-1114 / 2581 / 2337

cc:  Counsel of Record (via ECF)