

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 8, 2024

Application GRANTED.

The Clerk of Court is directed to terminate
ECF No. 276.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: May 8, 2024

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Arie Rangott*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

The Government respectfully requests an adjustment of the deadlines for pre-trial filings as to defendant Arie Rangott's upcoming trial in this matter. The parties' motions *in limine*, requests to charge, and proposed voir dire questions are currently due May 21, 2024, with any oppositions due June 4, 2024. (Dkt. 162). After meeting and conferring with the defense, the Government respectfully requests that the deadline for both parties' pretrial filings be rescheduled to May 31, 2024, with any oppositions due June 14, 2024. The defense consents to this request.

The Government respectfully submits that the proposed revised schedule is reasonable given that this trial now involves only a single defendant, rather than the six defendants who remained in the case at the time the current schedule was set. This has resulted in a substantial narrowing of the issues in the case, a streamlining of the Government's anticipated proof, and the elimination of a potential motion to sever. The additional time will permit the parties to further refine the issues for the Court's attention.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  _____
Jacob R. Fiddelman
Stephanie Simon
Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1024/-2581/-2337

cc:     Counsel of Record