UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| ARIE RANGOTT, | S8 23 Cr. 004 (JHR) |
| Defendant. | |

IT IS HEREBY ORDERED that, for the reasons stated in the Government's letter dated June 7, 2024 (Dkt. 310), today's Criminal Justice Act duty attorney __Jeffrey G. Pittell__ ("*Curcio* Counsel") is hereby temporarily appointed to represent defendant Arie Rangott for the limited purpose of serving as independent conflict counsel to advise the defendant about the potential issues identified in the Government's letter. *Curcio* Counsel is directed to confer with the Government and current defense counsel about the matters at issue, to consult with the defendant as necessary, and to appear at the final pretrial conference in this case for the purpose of permitting the Court to conduct a colloquy pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982).

SO ORDERED.

Dated: New York, New York
         June  7 , 2024

_____
HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK