UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ARIE RANGOTT,<br><br>                          Defendant. | 23 Cr. 004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Having reviewed Defendant's Motion to Suppress, and the parties' letters dated May 31, June 7, and June 20, 2024, the Court hereby denies the motion as moot.

    The Clerk of Court is directed to terminate the motion pending at ECF No. 258.

    SO ORDERED.

Dated: June 20, 2024
          New York, New York

                                                                     JENNIFER H. REARDEN
                                                                    United States District Judge