UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -v.-<br><br>ARIE RANGOTT,<br><br>                                  Defendant. | 23 Cr. 004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The final pretrial conference scheduled for June 27, 2024 is hereby adjourned to **July 2, 2024 at 2:30 p.m.**

SO ORDERED.

Dated: June 24, 2024
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge