

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 25, 2024

**BY ECF**

Application GRANTED.

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Clerk of Court is directed to terminate ECF No. 350.

SO ORDERED.

*[signature]*
Jennifer H. Rearden, U.S.D.J.
Date: June 25, 2024

Re:   *United States v. Arie Rangott*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

The parties are in receipt of the Court's order adjourning the final pretrial conference in the above-captioned case to July 2, 2024. (Dkt. 347). Unfortunately, *Curcio* counsel Mr. Pittell is unavailable on that date. After consulting with all parties and Your Honor's Chambers regarding availability, the Government respectfully requests that the Court schedule an arraignment and *Curcio* hearing for Thursday, June 27 at 12:30 p.m., with all other trial-related matters to be addressed on July 2.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Stephanie Simon
Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1024/-2581/-2337

cc:   Counsel of Record