GOODWIN

William J. Harrington
+1 212 459 7140
wharrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 384.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: July 22, 2024

June 28, 2024

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    United States v. Arie Rangott, 23 Cr. 004 (JHR)**

Dear Judge Rearden:

Pursuant to the Court's Individual Rules and Practices in Criminal Cases, and on behalf of our client Arie Rangott, we respectfully request permission to file on the public docket a redacted version of ECF No. 383, which is our response to the Government motion *in limine* ECF No. 381. We shared an unredacted version of ECF No. 383 with the Court and the Government by email on July 16, 2024. The Government has requested the redaction of the second and third paragraphs of the Background section due to what it characterizes as the salacious nature of the facts set forth therein. The redaction in the fourth paragraph is to protect the name of a potential witness, which we accidentally included in the letter.

Respectfully submitted,

William J. Harrington

CC: Counsel of record, by ECF