

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 31, 2024

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Arie Rangott*, S8 23 Cr. 004 (JHR)

Dear Judge Rearden:

      As previewed in the Government's letter dated July 28, 2024, the Government respectfully requests that the following language describing the lawful government functions of the Office of Head Start that the Count One conspiracy was intended to obstruct be inserted at the end of the penultimate paragraph of the proposed Request No. 9:

> Among other things, Head Start grantees must have in place a "governing body" with "legal and fiscal responsibility for the Head Start agency," 42 U.S.C. § 9837(c)(1)(A), comprised of members who do "not have a financial conflict of interest with the Head Start agency," *id.* § 9837(c)(1)(C). In addition, Head Start agencies are prohibited from earning *any* profit from grant proceeds or from using grant proceeds for personal gain. *See* 45 C.F.R. § 75.216(b); 45 C.F.R. § 75.445(a). Rather, the proceeds of Head Start grants must be expended in a "reasonable" manner with "reasonableness" considered by assessing, among other factors, whether the individuals concerned engaged in "arm's-length bargaining." 45 C.F.R. § 75.404.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

        by:          /s/
               Jacob R. Fiddelman
               Stephanie Simon
               Daniel H. Wolf
               Assistant United States Attorneys
               (212) 637-1024/-2581/-2337

cc:      Counsel of Record