

William J. Harrington
+1 212 459 7140
wharrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024
```

August 20, 2024

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 452.

SO ORDERED.

*Jennifer H. Rearden, U.S.D.J.*
Dated: August 20, 2024

Re:     **United States v. Arie Rangott**, 23 Cr. 004 (JHR)

Dear Judge Rearden:

On behalf of my client Arie Rangott, I write to request the temporary modification of Mr. Rangott's bail conditions in order to allow his wife to attend a bar mitzvah in Canada.  Both the Government and Pretrial Services Office have informed me that they do not object to this request.

At the time of Mr. Rangott's arrest, Magistrate Judge Sarah I Cave ordered the surrender of his wife's passport as a condition of Mr. Rangott's bail.  ECF No. 132.  Mr. Rangott's wife now wishes to attend the bar mitzvah of a close friend's son in Canada.  She has known the friend since high school and her friend's son since his birth.  She plans to travel to Canada by car with friends, leaving on or about August 29, 2024, and returning on or about September 2, 2024.  Mr. Rangott will <u>not</u> be traveling to Canada and we do <u>not</u> seek the return of his passport.

Accordingly, I request an order (1) permitting the Government to return Mr. Rangott's wife's passport to her temporarily so that she may attend the bar mitzvah in Canada and (2) requiring that Mr. Rangott's wife's passport be surrendered to the Government again on or before September 6, 2024.

Respectfully submitted,

William J. Harrington

CC: Counsel of record, by ECF