UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ARIE RANGOTT,<br>                    Defendant. | 23 Cr. 4 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Defendant Arie Rangott's sentencing hearing will be held on **March 18, 2025** at **12:15 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Defendant's sentencing submission shall be filed by **February 25, 2025**.  The Government's sentencing submission shall be filed by **March 4, 2025**.

    SO ORDERED.

Dated: October 16, 2024
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge