UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   -v.-<br><br>ARIE RANGOTT,<br><br>                       Defendant. | 23 Cr. 004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Upon Defendant Arie Rangott's application dated October 14, 2024, the Court adjourned his sentencing hearing from December 10, 2024 to March 18, 2025. ECF Nos. 498, 502. Citing this adjournment, the Probation Department has contacted the Court seeking an extension of the disclosure of the final presentence report. By **October 22, 2024 at 12:00 p.m.**, the parties shall file a letter stating whether they object to extending the final disclosure deadline to **January 15, 2025**.

SO ORDERED.

Dated: October 21, 2024
       New York, New York

                                                                      _____
                                                                      JENNIFER H. REARDEN
                                                                      United States District Judge