

William J. Harrington
+1 212 459 7140
wharrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

The deadline for the Probation Department to disclose the final presentence report is extended to **January 15, 2025**.

The Clerk of Court is directed to terminate ECF No. 514.

SO ORDERED.

*/s/ Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: October 23, 2024

October 22, 2024

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Arie Rangott</u>, 23 Cr. 004 (JHR)

Dear Judge Rearden:

    I represent Arie Rangott in this matter. Pursuant to the Court's Order dated October 21, 2024, Doc No. 510, the parties have conferred as directed and collectively have no objection to the Probation Department's request that the Court adjourn the deadline for the disclosure of the final presentence report until January 15, 2025.

Respectfully submitted,

William J. Harrington

CC: Counsel of record, by ECF