

| | William J. Harrington<br>+1 212 459 7140<br>wharrington@goodwinlaw.com | Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br><br>goodwinlaw.com<br>+1 212 813 8800 |

> Application GRANTED.  Defendant Arie Rangott's bail conditions are hereby modified to permit his wife to obtain her passport to travel to Canada between January 15, 2025 and January 20, 2025.  Mr. Rangott's wife's passport must be surrendered to the Government again by **January 27, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 554.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: January 8, 2025

January 8, 2025

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Arie Rangott**, 23 Cr. 004 (JHR)

Dear Judge Rearden:

On behalf of my client Arie Rangott, I write to request the temporary modification of Mr. Rangott's bail conditions so that his wife may attend a celebration in Canada.  Pretrial Services Office has informed me that it does not object to this request, and the Government has told me it defers to Pretrial Services' position on the request.

At the time of Mr. Rangott's arrest, Magistrate Judge Sarah I Cave ordered the surrender of his wife's passport as a condition of Mr. Rangott's bail.  ECF No. 132.  Mr. Rangott's wife now wishes to attend the 50th birthday of a close family friend in Canada.  She plans to drive to Canada, leaving on or about January 15, 2025, and returning on or about January 19 or 20, 2025, weather permitting.  Mr. Rangott will <u>not</u> be traveling to Canada and we do <u>not</u> seek the return of his passport.

Accordingly, I request an order (1) permitting the Government to return Mr. Rangott's wife's passport to her temporarily so that she may attend the celebration in Canada and (2) requiring that Mr. Rangott's wife's passport be surrendered to the Government again on or before January 27, 2025.

Respectfully submitted,

*William J. Harrington*

William J. Harrington

CC: Counsel of record, by ECF