William J. Harrington
+1 212 459 7140
wharrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

February 28, 2025

<u>VIA ECF</u>

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** <u>United States v. Arie Rangott</u>, 23 Cr. 004 (JHR)

Dear Judge Rearden:

On behalf of my client Arie Rangott, I write to request a brief adjournment of his sentencing date from March 18, 2025 until April 7, 8, or 9, 2025.

There are two reasons for the requested adjournment. First, Mr. Rangott's youngest son is getting married on March 16, 2025, only 2 days before the current sentencing date. A brief adjournment of the sentencing will allow Mr. Rangott to attend the wedding without the immediacy of his sentencing hanging over the event. Second, the Court has scheduled a <u>*Fatico*</u> hearing for one of Mr. Rangott's codefendants, Menachem Lieberman, on March 13, 2025. The brief adjournment will give the defense an opportunity to consider the facts and argument presented at that proceeding before Mr. Rangott's sentencing.

If the Court grants the adjournment, I also request that the Government be permitted to file its sentencing papers on the Court's regular schedule, which would be one week before the new sentencing date. Mr. Rangott has already submitted his papers to the Court and Government. I will file those on ECF once the Government has reviewed the submission for potential redactions.

The Government has informed me that it does not object to the requested adjournment.

Respectfully submitted,

*/s/ William J. Harrington*

William J. Harrington

CC: Counsel of record, by ECF

Due to previously scheduled proceedings in other criminal cases, the Court's earliest availability to hold a sentencing hearing after April 7, 2025 is in early May. The Court will hold open May 1, 2025 at 11:45 a.m. for Defendant Rangott's sentencing. By **March 5, 2025**, Defendant shall file a letter informing the Court of the parties' availability on that date.

The Clerk of Court is directed to terminate ECF No. 569.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: February 28, 2025