

|  |  |
|---|---|
| William J. Harrington<br>+1 212 459 7140<br>wharrington@goodwinlaw.com | Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br><br>goodwinlaw.com<br>+1 212 813 8800 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2025

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 589.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.

Dated: March 27, 2025

March 27, 2025

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **United States v. Arie Rangott**, 23 Cr. 004 (JHR)

Dear Judge Rearden:

    We represent Arie Rangott in this matter.  On behalf of our client and the Government, we write to request an order permitting the parties to file unredacted versions of the following documents under seal.  The Court has previously reviewed and approved the filing of redacted versions of each of these.

| ECF No. | Description |
|---|---|
| 270-2 | Exhibit B to Government's response to motion to suppress |
| 383 | Rangott response on CW-1 cross |
| 385 | Gov motion on evidence re relative's illness |
| 387 | Government  reply on CW-1 cross |
| 395 | Rangott response on illness motion |
| 395-1 | Exhibit A to Rangott response on illness motion |
| 395-2 | Exhibit B to Rangott response on illness motion |
| 395-3 | Exhibit C to Rangott response on illness motion |
| 395-4 | Exhibit D to Rangott response on illness motion |
| 583-1 | Exhibit 1 to Rangott sentencing memo |
| 583-2 | Exhibit 2 to Rangott sentencing memo |



The Honorable Jennifer H. Rearden
March 27, 2025

| ECF No. | Description |
|---|---|
| 583-3 | Exhibit 3 to Rangott sentencing memo |
| 583-4 | Exhibit 4 to Rangott sentencing memo |
| 583-39 | Exhibit 39 to Rangott sentencing memo |

Respectfully submitted,

William J. Harrington
Anne E. Railton

CC: Counsel of record, by ECF